1  Richard Seegman (SBN 214941)
2  **CALIFORNIA CIVIL LITIGATION, P.C.**
   21250 Hawthorne Boulevard, Suite 500
3  Torrance, California  90503
4  Telephone: (866) 596-9998
   Facsimile: (310) 957-2792
5  seegmanlawfirm@gmail.com
6
7  Attorneys for Defendants, Bezaire,
   Ledwitz & Borncamp, APC; and
8  Samuel Ledwitz, Esq.
9
10                 **UNITED STATES DISTRICT COURT**
11                 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANJAY BANSAL,<br><br>           Plaintiff,<br><br>     vs.<br><br>BEZAIRE, LEDWITZ & BORNCAMP, APC; SAMUEL LEDWITZ, ESQ., and DOES 1 - 20, INCLUSIVE,<br><br>           Defendants. | CASE NO. CV-15-00152 -MRW<br><br>*Assigned to: Hon. Michael R. Wilner*<br><br>**[PROPOSED] ORDER ON STIPULATION OF ALL PARTIES TO DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Date:  October 7, 2015<br>Time:  9:30 a.m. (Telephonic status)<br>Place: Roybal Federal Courthouse<br>          Courtroom 640<br>          255 East Temple Street<br>          Los Angeles, CA  90012 |

25  / / /
26  / / /
27  / / /
28
                                   1

ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |

The Court having considered the Stipulation of Plaintiff Sanjay Bansal and Defendants Samuel Ledwitz, Esq. and Bezaire, Ledwitz & Borncamp, APC; no Doe Defendants having been identified, notice having been given in accordance with law, and good cause appearing therefor,

IT IS HEREBY ORDERED that this Case No. CV-15-00152-MRW is hereby dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Dated: September __3__, 2015

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2

ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE